United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LODEGARIA GIUTIERREZ MONTES,

    Petitioner,

vs.

SCHELIA A. CLARK,

    Respondent.
_____/

No. C 07-3659 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents. Petitioner shall obtain no relief by way of her petition.

**IT IS SO ORDERED.**

Dated: August 28, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\montes3659.JUD.wpd