UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODEGARIA GUTIERREZ MONTES,<br><br>        Petitioner,<br><br>  v.<br><br>SCHELIA A. CLARK,<br><br>        Respondent.<br>_____/ | Case Number: CV07-03659 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lodegaria Gutierrez Montes 98335-198
Camp Parks
5675 8th Street
Dublin, CA 94568

Dated: August 28, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk